HARRY A. FINKEL, RELATOR, v. WILLIAM T. KALTEN-
BACH, BUILDING INSPECTOR OF THE CITY OF
ELIZABETH, NEW JERSEY, DEFENDANT.

Submitted November 7, 1925—Decided February 17, 1926.

On application for *mandamus.*

Before Justices TRENCHARD, KATZENBACH and LLOYD.

For the relator, *Michael H. Feldman.*

For the defendant, *Joseph T. Hague* and *Spaulding Frazer.*

PER CURIAM.

This is a rule directing the building inspector of the city of Elizabeth to show cause why a writ of *mandamus* should not issue commanding him to issue a permit to Harry A. Finkel (the relator) for the erection of a two-and-a-half-story brick building for stores and dwellings at 480, 482 Rahway avenue, Elizabeth, New Jersey.

This case is similar in all pertinent facts to No. 272 of this term between the same parties, and is controlled by the same legal principles.   For the reason given in that case a peremptory writ of *mandamus* will be issued.